UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ELIZABETH ARLENE NEWLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action Number |
| NANCY A. BERRYHILL, Acting | ) | 2:18-cv-0036-AKK |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

Elizabeth Arlene Newlin brings this action pursuant to Section 405(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking review of the final adverse decision of the Commissioner of the Social Security Administration. On December 10, 2018, the magistrate judge entered a Report and Recommendation recommending that the court affirm the Commissioner's decision, and the parties were allowed fourteen days in which to file objections to the recommendations made by the magistrate judge. Doc. 15. No objections have been filed.

Having carefully considered *de novo* the pleadings, the briefs, and the magistrate judge's report and recommendation, the court finds that the Commissioner's decision is supported by substantial evidence and that the administrative law judge applied the proper legal standards. Accordingly, the court

**ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendation of the magistrate judge that the decision of the Commissioner be affirmed.

A separate order in conformity with this Memorandum Opinion will be entered.

**DONE** the 4th day of January, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE